UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LIJI ZENG,<br><br>Petitioner,<br><br>v.<br><br>JULIO HERNANDEZ, et al.,<br><br>Respondents. | Case No. 2:26-cv-03555-TLF<br><br>ORDER GRANTING UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL |

Liji Zeng petitioned this Court for a writ of habeas corpus under 28 U.S.C. § 2241. Dkt. 1. Petitioner now files an Unopposed Motion for Voluntary Dismissal. Dkt. 11.

The Court, having reviewed the motion and balance of the record, **GRANTS** the motion and **ORDERS** the petition be **DISMISSED without prejudice**.

Dated this 28th day of October, 2026.

Theresa L. Fricke
United States Magistrate Judge